**No. 46758.**—Protests 31307–K, etc., of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel it was held that the merchandise herein is subject to a tax of $4\frac{1}{100}$ of 3 cents per pound on the entire weight in accordance with section 701.   The protests were sustained accordingly.